**FILED**
**January 14, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00548-CV
3761541
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 10:24:00 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00548-CV

In the Third Court of Appeals
Austin, Texas

M & M ORTHODONTICS P.A., HARLINGEN FAMILY DENTISTRY, P.C.,
*Appellants,*

v.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION, DR. KYLE JANEK, IN HIS
OFFICIAL CAPACITY AS THE EXECUTIVE COMMISSIONER OF TEXAS HEALTH AND
HUMAN SERVICES COMMISSION, CAROLE HURLEY, CHIEF ADMINISTRATIVE LAW
JUDGE FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, JUDGE KEITH
GRANTHAM OF THE APPEALS DIVISION OF TEXAS HEALTH AND HUMAN SERVICES
COMMISSION, AND RICK GILPIN, ADMINISTRATIVE LAW JUDGE OF THE APPEALS
DIVISION TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellees.*

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-14-001109

**UNOPPOSED MOTION TO DISMISS**

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

Now come Appellees, Administrative Law Judges Carole Hurley, Keith

Grantham, and Rick Gilpin ("the ALJ Appellees"); and Texas Health and Human

Services Commission ("HHSC") and Dr. Kyle Janek, in his official capacity as the

Executive Commissioner of Texas Health and Human Services Commission ("Dr.

Janek") (collectively, "the HHSC Appellees"), and file this Unopposed Motion to Dismiss and would request that this Court issue an Order dismissing this appeal.

## I. BACKGROUND

Recent developments in the underlying administrative proceedings from which this appeal arises directly impact the current status of this appeal. On December 23, 2014, the Texas Health and Human Services – Office of Inspector General filed Notices of Nonsuit of the underlying administrative actions that were pending against Appellants in the HHSC Appeals Division before ALJ Gilpin. Attached hereto as Exhibits "A" and "B" are true and complete copies of the Notices of Nonsuit filed in HHSC Appeals.

The filing of these Notices of Nonsuit by the HHSC Office of Inspector General in the underlying administrative proceedings renders the issues raised by Appellants in this appeal moot because ALJ Gilpin is no longer presiding over administrative actions against them. *See Allstate Ins. Co. v. Hallman*, 159 S.W.3d 640, 642 (Tex. 2005). As a result, any opinion the Court could issue would resolve no live controversy between the parties and would, therefore, be advisory in nature. *See Texas Ass'n of Bus. v. Texas Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993).

Appellants do not oppose this Motion.

## II. CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the ALJ Appellees and the HHSC Appellees respectfully request that the Court dismiss this appeal and that the Court grant the Appellees such other and further relief to which they have shown themselves to be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

/s/ Raymond C. Winter
RAYMOND C. WINTER
State Bar No. 21791950
Chief, Civil Medicaid Fraud Division
Assistant Attorney General
Raymond.Winter@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:     (512) 936-1709
Facsimile:     (512) 499-0712-0167

*Attorneys for Appellees, Texas Health & Human Services Commission and Dr. Kyle Janek*

/s/ Karen L. Watkins
KAREN L. WATKINS
State Bar No. 20927425
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:     (512) 475-4208
Facsimile:     (512) 320-0167
karen.watkins@texasattorneygeneral.gov

*Attorneys for the Appellees, Administrative Law Judges Carole Hurley, Keith Grantham, and Rick Gilpin*

## CERTIFICATE OF CONFERENCE

The undersigned certifies he contacted counsel for Appellants, Jason Ray, January _13_, 2015, by telephone, on behalf of the HHSC Appellees, THHSC and Dr. Janek, and on behalf of counsel for the ALJ Appellees, Karen L. Watkins. Mr. Ray represented that the Appellants are not opposed to the granting of the relief requested in this Joint Motion.

/s/Raymond C. Winter
RAYMOND C. WINTER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this the _14th_ day of January, 2015 on the following:

J.A. Canales
State Bar No. 03737000
CANALES & SIMONSON, P.C.
2601 Morgan Ave.
P.O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023
tonycanales@canalessimonson.com

**VIA: File & ServeXpress and E-mail**

Jason Ray
State Bar NO. 24000511
RIGGS, ALESHIRE & RAY, P.C.
700 Lavaca, Suite 920
Austin, Texas 7870
Telephone: (512) 457-9806
Facsimile: (512) 457-9866
jray@r-alaw.com

**VIA: File & ServeXpress and E-mail**

*Attorneys for Appellants M&M Orthodontics, P.A., Harlingen
Family Dentistry, P.C. and Antoine Dental Center*

/s/ Karen L. Watkins
KAREN L. WATKINS
Assistant Attorney General

# EXHIBIT

# A

| M & M ORTHODONTICS, P.A., | § | BEFORE THE HEALTH AND |
|---|---|---|
| DR. SCOTT MALONE, and | § | |
| DR. DIANA MALONE, | § | |
| *Petitioners,* | § | |
| | § | |
| v. | § | HUMAN SERVICES COMMISSION |
| | § | |
| TEXAS HEALTH & HUMAN SERVICES | § | |
| COMMISSION, OFFICE OF INSPECTOR | § | |
| GENERAL, and CHRISTINE ELLIS, DDS, | § | |
| *Respondents.* | § | APPEALS DIVISION |

## NOTICE OF NONSUIT AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE ADMINISTRATIVE LAW JUDGE:

The Texas Health and Human Services Commission, Office of Inspector General, and Christine Ellis, DDS, respectfully file this Notice of Nonsuit. Pursuant to TEX. ADMIN. CODE §357.495 and TEX. R. CIV. P. 162, HHSC-OIG and Christine Ellis, DDS, hereby give notice that they are taking a nonsuit of their entire case and request that this case immediately be dismissed without prejudice. This nonsuit is without prejudice to refiling, and is effective immediately on the filing of this notice on this date.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

_(signature)_

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division
State Bar No. 21791950
(512) 936-1709 Direct Dial

REYNOLDS BRISSENDEN
State Bar No. 24056969
(512) 936-2158 Direct Dial

Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax (512) 499-0712

DOUGLAS C. WILSON
Inspector General

JOY SPARKS
Deputy Inspector General
Chief Counsel

KAREN PETTIGREW
Director of Sanctions

STEVE DALLAS JOHNSON
Associate Counsel
State Bar No. 00784349

11101 Metric Blvd., Building I
Austin, Texas 78758
(512) 491-4076 Phone
(512) 833-6484 Fax

ATTORNEYS FOR
TEXAS HEALTH AND HUMAN
SERVICES COMMISSION,
OFFICE OF INSPECTOR GENERAL

*Dan Hargrove*

DAN HARGROVE
State Bar No. 00790822
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 phone
(214) 357-7252 Facsimile

~and~

*Jim Moriarty*

JAMES MORIARTY
State Bar No. 14459000
MORIARTY LEYENDECKER, PC
4203 Montrose Blvd, Suite 150
Houston, TX 77006
(713) 528-0700 Telephone

ATTORNEYS FOR RELATOR,
DR. CHRISTINE ELLIS, D.D.S.

## CERTIFICATE OF SERVICE

I certify that I have on this 23rd day of December, 2014, served copies of this Notice of Non-Suit upon the HHSC Appeals Division and upon Petitioners, as follows.

| | |
|---|---|
| *Via Facsimile 512-231-5779*<br>HHSC Appeals Division<br>8407 Wall St., Room s-329<br>Austin, TX 78754 | |
| *Via Facsimile 361-884-7023*<br>*tonycanales@canalessimonson.com*<br>J.A. Canales, Esq.<br>Canales & Simonson, P.C.<br>2601 Morgan Avenue<br>P.O. Box 5624<br>Corpus Christi, TX 78465<br><br>COUNSEL FOR PETITIONERS | *Via Facsimile 512-457-9066*<br>*jray@r-alaw.com*<br>Jason D. Ray<br>Riggs, Aleshire, Ray, P.C.<br>700 Lavaca, Suite 920<br>Austin, TX 78701<br><br>COUNSEL FOR PETITIONERS |
| *Via Facsimile 214-357-6244*<br>*dhargrove@waterskraus.com*<br>Dan Hargrove<br>Waters & Krauss, LLP<br>Dallas, Texas 75204<br><br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS | *Via Email to jim@moriarty.com*<br>James Moriarty<br>Moriarty Leyendecker, PC<br>4203 Montrose Blvd, Suite 150<br>Houston, TX 77006<br><br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS |

Raymond C. Winter

# APPEALS DIVISION
## TEXAS HEALTH AND HUMAN SERVICES COMMISSION
### AUSTIN, TEXAS


M & M ORTHODONTICS, PA,
SCOTT MALONE AND DIANA MALONE
   *Petitioners*

v .                                        §                    CAUSE NO. 12-0096-K

TEXAS HEALTH AND HUMAN SERVICES
COMMISSION, OFFICE OF INSPECTOR
GENERAL, and DR. CHRISTINE ELLIS, DDS,
   *Respondents*


## ORDER OF DISMISSAL


In response to Respondents' Notice of Nonsuit and Request for Dismissal without Prejudice in the above-referenced matter, filed with the court on December 23, 2014, it is hereby ORDERED that cause no. 12-0096-K is DISMISSED WITHOUT PREJUDICE to refiling.


Signed at Austin, Texas, this 8th day of January, 2015.


_____
Rick Gilpin
Administrative Law Judge

# EXHIBIT

# B

| | | |
|---|---|---|
| HARLINGEN FAMILY DENTISTRY, | § | BEFORE THE HEALTH AND |
| DR. JUAN VILLARREAL, and | § | |
| DR. VIVIAN TEEGARDIN, | § | |
| *Petitioners,* | § | |
| | § | |
| v. | § | HUMAN SERVICES COMMISSION |
| | § | |
| TEXAS HEALTH & HUMAN SERVICES | § | |
| COMMISSION, OFFICE OF INSPECTOR | § | |
| GENERAL, and CHRISTINE ELLIS, DDS, | § | |
| *Respondents.* | § | APPEALS DIVISION |

---

## NOTICE OF NONSUIT AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE

---

TO THE HONORABLE ADMINISTRATIVE LAW JUDGE:

The Texas Health and Human Services Commission, Office of Inspector General, and Christine Ellis, DDS, respectfully file this Notice of Nonsuit. Pursuant to TEX. ADMIN. CODE §357.495, and TEX. R. CIV. P. 162, HHSC-OIG and Christine Ellis, DDS, hereby give notice that they are taking a nonsuit of their entire case and request that this case immediately be dismissed without prejudice. This nonsuit is without prejudice to refiling, and is effective immediately on the filing of this notice on this date.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

_[signature]_

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division
State Bar No. 21791950
(512) 936-1709 Direct Dial

REYNOLDS BRISSENDEN
State Bar No. 24056969
(512) 936-2158 Direct Dial

Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax (512) 499-0712

DOUGLAS C. WILSON
Inspector General

JOY SPARKS
Deputy Inspector General
Chief Counsel

KAREN PETTIGREW
Director of Sanctions

STEVE DALLAS JOHNSON
Associate Counsel
State Bar No. 00784349

11101 Metric Blvd., Building I
Austin, Texas 78758
(512) 491-4076 Phone
(512) 833-6484 Fax

ATTORNEYS FOR
TEXAS HEALTH AND HUMAN
SERVICES COMMISSION,
OFFICE OF INSPECTOR GENERAL

*Dan Hargrove*

_____

DAN HARGROVE
State Bar No. 00790822
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 phone
(214) 357-7252 Facsimile

~and~

*Jim Moriarty*

_____

JAMES MORIARTY
State Bar No. 14459000
MORIARTY LEYENDECKER, PC
4203 Montrose Blvd, Suite 150
Houston, TX 77006
(713) 528-0700 Telephone

ATTORNEYS FOR RELATOR,
DR. CHRISTINE ELLIS, D.D.S.

## CERTIFICATE OF SERVICE

I certify that I have on this 23rd day of December, 2014, served copies of this Notice of Non-Suit and Request for Dismissal Without Prejudice upon the HHSC Appeals Division and upon Petitioners, as follows.

| | |
|---|---|
| *Via Facsimile 512-231-5779*<br>HHSC Appeals Division<br>8407 Wall St., Room s-329<br>Austin, TX 78754 | |
| *Via Facsimile 361-884-7023*<br>*tonycanales@canalessimonson.com*<br>J.A. Canales, Esq.<br>Canales & Simonson, P.C.<br>2601 Morgan Avenue<br>P.O. Box 5624<br>Corpus Christi, TX 78465<br>COUNSEL FOR PETITIONERS | *Via Facsimile 512-457-9066*<br>*jray@r-alaw.com*<br>Jason D. Ray<br>Riggs, Aleshire, Ray, P.C.<br>700 Lavaca, Suite 920<br>Austin, TX 78701<br>COUNSEL FOR PETITIONERS |
| *Via Facsimile 214-357-6244*<br>*dhargrove@waterskraus.com*<br>Dan Hargrove<br>Waters & Krauss, LLP<br>Dallas, Texas 75204<br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS | *Via Email to jim@moriarty.com*<br>James Moriarty<br>Moriarty Leyendecker, PC<br>4203 Montrose Blvd, Suite 150<br>Houston, TX 77006<br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS |

Raymond C. Winter

APPEALS DIVISION
TEXAS HEALTH AND HUMAN SERVICES COMMISSION
AUSTIN, TEXAS


HARLINGEN FAMILY DENTISTRY,
DR. JUAN VILLAREAL, and
DR. VIVIAN TEEGARDIN,
    Petitioners

v.                              §          CAUSE NO. 13-0642-K

TEXAS HEALTH & HUMAN SERVICES
COMMISSION, OFFICE OF INSPECTOR
GENERAL, and CHRISTINE ELLIS DDS,
    Respondents


## ORDER OF DISMISSAL

In response to Petitioners' Notice of Nonsuit and Request for Dismissal without Prejudice in the above-referenced matter, filed with the court on December 23, 2014, it is hereby ORDERED that cause number 13-0642-K is hereby DISMISSED WITHOUT PREJUDICE to refiling.


Signed at Austin, Texas, this 8th day of January, 2015.


_____
Rick Gilpin
Administrative Law Judge